# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS WANAMAKER, | : | Civil No. 1:20-CV-01409 |
| Plaintiff, | : | |
| v. | : | |
| BOOSE AT CORNWALL, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 7th day of July, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Defendant's motion to dismiss for lack of prosecution (Doc. 22) is **GRANTED**.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
